Second Department, October, 1954.

(October 4, 1954.)

■

Edwin F. Borgos et al., Appellants, v. Edward G. Duerstein et al., Respondents.— Respondents' motion for leave to appeal to the Court of Appeals denied. Application by the County Clerk of Westchester County for leave to become a party to this proceeding and to prosecute an appeal to the Court of Appeals denied, without costs. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See 283 App. Div. 1069.]

■

Mildred Ferguson, Appellant, v. Mary B. Havemeyer, Defendant, and Elizabeth E. Brown, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See ante, p. 807.]

■

John F. Finn, Jr., Appellant, v. Morgan Island Estates, Inc., et al., Respondents.— Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ. [See 283 App. Div. 1105.]

■

Amanda Flamer, as Administratrix of the Estate of Thomas Wilson, Deceased, Appellant, v. City of Yonkers et al., Respondents.— Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See 283 App. Div. 970.]

■

In the Matter of the Estate of Christ Marich, Deceased. Rocco Marich, as Administrator of the Estate of Christ Marich, Deceased, Appellant; John Rusin, Respondent.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Cross motion to extend time to perfect appeal denied, without costs. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

■

Florence C. Palmer, as Administratrix of the Estate of Ernest F. Palmer, Deceased, Respondent-Appellant, v. County of Nassau, Defendant; Town of North Hempstead, Appellant, and Long Island Lighting Company, Respondent and Third-Party Plaintiff-Appellant. Switzer Contracting Co., Inc., Third-Party Defendant-Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See ante, p. 814.]